■ ANITA CHANKO et al., Respondents, v AMERICAN BROADCASTING COMPANIES INC. et al., Appellants, et al., Defendants. [997 NYS2d 44]—

Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered January 17, 2014, which, to the extent appealed from, denied the motions of defendants American Broadcasting Companies, Inc., and the New York and Presbyterian Hospital and Sebastian Schubl, M.D., to dismiss plaintiffs' fifth cause of action for intentional infliction of emotional distress, and denied defendant hospital and defendant doctor's motion to dismiss plaintiffs' fourth cause of action for violation of physician patient confidentiality, unanimously reversed, on the law, without costs, the motions granted, and the complaint dismissed. The Clerk is directed to enter judgment accordingly.

Defendants' conduct in producing and televising a show depicting the medical care provided at defendant hospital that included a pixilated image of plaintiffs' decedent, who was not identified, was not so extreme and outrageous as to support a claim for intentional infliction of emotional distress (*see Howell v New York Post Co.*, 81 NY2d 115, 121 [1993]; *Phillips v New York Daily News*, 111 AD3d 420, 421 [1st Dept 2013]).

Nor can plaintiffs maintain an action against defendant doctor or defendant hospital for breach of the duty not to disclose personal information, since no such information regarding plaintiffs' decedent was disclosed (*cf. Randi A. J. v Long Is. Surgi-Center*, 46 AD3d 74 [2d Dept 2007]).

In light of the foregoing, we need not reach the parties' additional arguments. Concur—Friedman, J.P., Saxe, Manzanet-Daniels and Gische, JJ. **[Prior Case History: 2014 NY Slip Op 30116(U).]**